# ATTACHMENT 1

FILED/REC'D
2025 NOV 12 P 1:12
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

## COMPLAINT FORM

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

**Kyree Faylon Martin**

vs

(Full name of defendant(s))

**Southern Wisconsin Huts**

Case Number:

**25 CV 932 JDP**

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   **4900 Larson Beach Rd #200, Mcfarland WI 53558**
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant __Southern Wisconsin Huts_____
                                                          (Name)

is (if a person or private corporation) a citizen of _____
                                                          (State, if known)
and (if a person) resides at _____
                                                          (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for _____
                                        (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The Plaintiff, Kyree F. Martin, worked for Southern Wisconsin huts, LLC, A Pizza Hut

franchise in Madison, Wisconsin from March 2023 to February 2024.

On March 18, 2023, the plaintiff was first sexually harassed by a coworker, Dominic

Fricke, who groped him from behind by grabbing his hips. Despite reporting the incident

to management, no action was taken.

On March 20, 2023, Dominic and then manager-in-training Brandon Ziegler cornered

the plaintiff and took his tips. from April through to September of 2023, the harassment

Continued. On June 2, 2023, manager-in-training Meredith harassed the plaintiff about

his prior complaints and accused him of theft.

Attachment One (Complaint) – 2

On September 9, 2023, Dominic again groped the plaintiff, this time putting his hands on the plaintiff's buttocks. Manager-in-training Madysen Miller stated to coworkers that "Corporate won't do anything because he's black" and said she'd rather have Dominic work than the plaintiff. The plaintiff reported this to the HR manager Megan Perrin and Area Supervisor Eddie Miller, who launched a delayed investigation after another white worker made a similar complaint and later confirmed that Dominic resigned. Afterward, Madysen mocked the plaintiff and spread racial remarks and altered time records to undercut the plaintiff's pay. From October through January, the plaintiff was retaliated against by multiple managers, including Eddie Miller, Jim Williams, Clint Miller, Tom Duane, Madysen Miller, and Brandon Ziegler, who fabricated write-ups, increased his workload, and removed him from the schedule. On December 31, 2023, Brandon, Eddie and another employee openly discussed a plan to replace and terminate the plaintiff, referring to other black workers as "black B****** with no drive." On February 19, 2024, Jim Williams suspended the plaintiff for "threatening behavior" based on false claims with no prior evidence. On February 28, 2024, Williams terminated the plaintiff after he refused to sign a "last-chance agreement" admitting to false allegations. The plaintiff was subjected to sexual harassment, racial discrimination, and retaliation for reporting misconduct. Management ignored complaints, altered records, and terminated him under false pretenses. The plaintiff suffered emotional distress, financial hardship, and loss of employment, in violation of 42 U.S.C § 1981 and applicable state law.

C.  JURISDICTION

☑  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

The plaintiff seeks full relief for the harm caused by the harassment, discrimination, and retaliation described in this complaint. Specifically, compensation for lost wages, and future earning capacity, compensatory damages for trauma, emotional distress, humiliation and the development of post-traumatic stress disorder (PTSD) directly caused by the conduct of management and supervisors of Southern Wisconsin Huts, in, punitive damages and any additional relief the courts seem just and proper.

E.  JURY DEMAND

☑ Jury Demand - I want a jury to hear my case
OR
☐ Court Trial – I want a judge to hear my case

Dated this __11__ day of __November__ 20__25__.

Respectfully Submitted,

*[signature]*
Signature of Plaintiff

(608) 301-5841
Plaintiff's Telephone Number

kyree1martin@gmail.com
Plaintiff's Email Address

4900 Larson Beach Rd, Mcfarland WI 53558

#200
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5